

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DONNA GAIL KERSEY | § | No. 08-20-00037-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 207th District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Comal County, Texas |
| | § | |
| State. | § | (TC# CR2018-325) |
| | § | |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until January 6, 2021.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Holly G. Weatherford, the State's attorney, prepare the State's Brief and forward the same to this Court on or before January 6, 2021.

IT IS SO ORDERED this 7th day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.